SCWC-18-0000185

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PENNYMAC CORP.,
Respondent/Plaintiff-Appellee,

vs.

LEWANNA GODINEZ,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000185; CIV. NO. 13-1-0741(1))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Lewanna Godinez's

application for writ of certiorari, filed on March 11, 2020, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

